**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. ALICE A. EVANS, an individual, | ) | |
| | ) | |
|       **Plaintiff,** | ) | **Case No. 17-CV-433-TCK-JFJ** |
| v. | ) | |
| | ) | |
| 1.  TULSA PUBLIC SCHOOLS, a public | ) | |
| entity, | ) | |
| | ) | |
|       **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Alice A. Evans, by and through her attorney of record, Charles

C. Vaught of *Armstrong & Vaught, P.L.C.*, and the Defendant, Tulsa Public Schools, by and

through its attorney of record, Matthew P. Cyran of *Rosenstein, Fist & Ringold*, and, pursuant to

Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims and causes

of action brought against Defendant the above styled and numbered case with prejudice, each party

to bear his or its own attorney's fees and costs.

Dated this 30th Day of March, 2018.

Respectfully Submitted,

/s/ *Charles C. Vaught*
Charles C. Vaught, OBA No. 19962
Armstrong & Vaught, P.L.C.
2727 E. 21st Street, Suite 505
Tulsa, OK 74114
(918) 582-2500 – Telephone
(918) 583-1755 – Facsimile
cvaught@a-vlaw.com
Attorney for Plaintiff


/s/ *Matthew P. Cyran*
Matthew P. Cyran, OBA No. 16918
Staci L. Roberds, OBA No. 18985
Rosenstein, Fist & Ringold
525 South Main, Suite 700
Tulsa, OK 74103
(918) 585-9211 – Telephone
(918) 583-5617 – Facsimile
mcyran@rfrlaw.com
sroberds@rfrlaw.com
Attorneys for Defendant
*signed by filing attorney with permission